IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                          )
                                )
PATRICK J. CONNOLLY,            )    Bankruptcy Case No.: 10-23967 MBM
                                )
                                )    Chapter 7
          Debtor.               )

## EMPLOYEE INCOME RECORD

Attached hereto are true and correct copies of all the Debtor's payment advises or other evidence of payment received within 60 days before the date of the filing of the Petition by the Debtor from any employer of the Debtor.

Respectfully submitted,

__/s/   Phillip S. Simon_____
Phillip S. Simon
Pa. I.D. No. 36026

603 Washington Road, Suite 401
Pittsburgh PA 15228
(412) 440-4470

Counsel for Debtor, Patrick J. Connolly

5129x041

Fed Status: Single, Exemptions: 0
PA Status: Regular, Exemptions: 0

Paddy Cake Bakery, Inc.
4763 Liberty Avenue
Pittsburgh, PA  15224

Patrick J Connolly
4763 Liberty Avenue
Pittsbugh, PA  15224

Paddy Cake Bakery, Inc.

| Employee Name | Emp. ID | Company: 251684168 | | Check No. 106 | P/P End Date: 05/22/2010 |
|---|---|---|---|---|---|
| Patrick J Connolly | 6 | Group: | Loc. | Dept: | Check Date: 05/27/2010 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Salary | | 12.5000 | 1,000.00 | 11,000.00 | Federal Tax | 106.68 | 1,174.76 |
| | | | | | Soc. Sec. Tax | 62.00 | 682.00 |
| | | | | | Medicare Tax | 14.50 | 159.50 |
| | | | | | PA State Tax | 30.70 | 337.70 |
| | | | | | Pittsburgh SD Tax | 30.00 | 240.00 |
| | | | | | LST-Pittsburgh SD | 2.00 | 22.00 |
| | | | | | PA SUI | 0.80 | 8.80 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,000.00 | 1,000.00 | 246.68 | 753.32 |
| Year-To-Date | 11,000.00 | | | |

Fed Status: Single, Exemptions: 0
PA Status: Regular, Exemptions: 0

Paddy Cake Bakery, Inc.
4763 Liberty Avenue
Pittsburgh, PA 15224

Patrick J Connolly
4763 Liberty Avenue
Pittsbugh, PA 15224

Paddy Cake Bakery, Inc.

| Employee Name | Emp. ID | Company: 251684168 | Check No. 88 | P/P End Date: 05/08/2010 |
|---|---|---|---|---|
| Patrick J Connolly | 6 | Group: Loc. Dept: | | Check Date: 05/13/2010 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Salary | | 12.5000 | 1,000.00 | 10,000.00 | Federal Tax | 106.68 | 1,068.08 |
| | | | | | Soc. Sec. Tax | 62.00 | 620.00 |
| | | | | | Medicare Tax | 14.50 | 145.00 |
| | | | | | PA State Tax | 30.70 | 307.00 |
| | | | | | Pittsburgh SD Tax | 30.00 | 210.00 |
| | | | | | LST-Pittsburgh SD | 2.00 | 20.00 |
| | | | | | PA SUI | 0.80 | 8.00 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,000.00 | 1,000.00 | 246.68 | 753.32 |
| Year-To-Date | 10,000.00 | | | |

Paddy Cake Bakery, Inc.
4763 Liberty Avenue
Pittsburgh, PA 15224

Fed Status: Single, Exemptions: 0
PA Status: Regular, Exemptions: 0

Patrick J Connolly
4763 Liberty Avenue
Pittsbugh, PA 15224

**Paddy Cake Bakery, Inc.**

| Employee Name | Emp. ID | Company: 251684168 | | Check No. 72 | P/P End Date: 04/24/2010 |
|---|---|---|---|---|---|
| Patrick J Connolly | 6 | Group: | Loc. | Dept: | Check Date: 04/29/2010 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Salary | | 12.5000 | 1,000.00 | 9,000.00 | Federal Tax | 106.68 | 961.40 |
| | | | | | Soc. Sec. Tax | 62.00 | 558.00 |
| | | | | | Medicare Tax | 14.50 | 130.50 |
| | | | | | PA State Tax | 30.70 | 276.30 |
| | | | | | Pittsburgh SD Tax | 30.00 | 180.00 |
| | | | | | LST-Pittsburgh SD | 2.00 | 18.00 |
| | | | | | PA SUI | 0.80 | 7.20 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,000.00 | 1,000.00 | 246.68 | 753.32 |
| Year-To-Date | 9,000.00 | | | |

Paddy Cake Bakery, Inc.
4763 Liberty Avenue
Pittsburgh, PA 15224

Fed Status: Single, Exemptions: 0
PA Status: Regular, Exemptions: 0

Patrick J Connolly
4763 Liberty Avenue
Pittsbugh, PA 15224

Paddy Cake Bakery, Inc.

| Employee Name | Emp. ID | Company: 251684168 | Check No. 54 | P/P End Date: 04/10/2010 |
|---|---|---|---|---|
| Patrick J Connolly | 6 | Group:     Loc. | Dept: | Check Date: 04/15/2010 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Salary | | 12.5000 | 1,000.00 | 8,000.00 | Federal Tax | 106.68 | 854.72 |
| | | | | | Soc. Sec. Tax | 62.00 | 496.00 |
| | | | | | Medicare Tax | 14.50 | 116.00 |
| | | | | | PA State Tax | 30.70 | 245.60 |
| | | | | | Pittsburgh SD Tax | 30.00 | 150.00 |
| | | | | | LST-Pittsburgh SD | 2.00 | 16.00 |
| | | | | | PA SUI | 0.80 | 6.40 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,000.00 | 1,000.00 | | |
| Year-To-Date | 8,000.00 | | 246.68 | 753.32 |

Paddy Cake Bakery, Inc.
4763 Liberty Avenue
Pittsburgh, PA 15224

Fed Status: Single, Exemptions: 0
PA Status: Regular, Exemptions: 0

Patrick J Connolly
4763 Liberty Avenue
Pittsbugh, PA 15224

Paddy Cake Bakery, Inc.

| Employee Name | Emp. ID | Company: 251684168 | | Check No. 37 | P/P End Date: 03/27/2010 |
|---|---|---|---|---|---|
| Patrick J Connolly | 0 | Group: | Loc. | Dept: | Check Date: 04/01/2010 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date | Taxes/Deductions | Current | Year-To-Date |
|---|---|---|---|---|---|---|---|
| Salary | | 12.5000 | 1,000.00 | 7,000.00 | Federal Tax | 106.68 | 748.04 |
| | | | | | Soc. Sec. Tax | 62.00 | 434.00 |
| | | | | | Medicare Tax | 14.50 | 101.50 |
| | | | | | PA State Tax | 30.70 | 214.99 |
| | | | | | Pittsburgh SD Tax | 30.00 | 120.00 |
| | | | | | LST-Pittsburgh SD | 2.00 | 14.00 |
| | | | | | PA SUI | 0.80 | 5.60 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 1,000.00 | 1,000.00 | 246.68 | 753.32 |
| Year-To-Date | 7,000.00 | | | |